UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                            Case No.: 1−19−11649−PRW
                                                  Chapter: 13
    Jamien L. Gaddis
                                                  SSN:   xxx−xx−9833
              Debtor(s)

Jamien L. Gaddis
10 Wayne Terrace
Unit 21
Cheektowaga, NY 14225

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Form AO 213 Request for Vendor Information And TIN Certification was not signed. Please re−submit an original signed AO213 form to the Court to continue processing your request to release unclaimed funds.

    If you have any further questions, please call the Court at 716−362−3200.

Date: July 16, 2020                              Lisa Bertino Beaser
                                                 Clerk of Court

Enclosures

Form dfyuncla/Doc 39
www.nywb.uscourts.gov