```
                          United States Bankruptcy Court
                           Western District of New York
```

In re:                                                          Case No. 19-11649-PRW
Jamien L. Gaddis                                                Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0209-1         User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2020
                             Form ID: pdfattch        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +Jamien L. Gaddis,   10 wayne Terrace, Unit 21,   Buffalo, NY 14225-1062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          Aleksandra Krasimirov Fugate    on behalf of Notice of Appearance Creditor    M&T Bank
           afugate@woodsoviatt.com,   bkinbox@woodsdefaultservices.com
          Brittany J. Maxon    on behalf of Notice of Appearance Creditor    M&T Bank
           bmaxon@woodsdefaultservices.com,   bkinbox@woodsoviatt.com
          Catherine N. Eisenhut    on behalf of Creditor    Synder Court Condominium Board of Managers
           ceisenhut@phillipslytle.com
          Julie  Philippi    ecf@buffalo13.com
          Paul S. Walier    on behalf of Debtor Jamien L. Gaddis walierpattorney@verizon.net
                                                                                               TOTAL: 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | _Jamien L. Gaddis_ <br> First Name  Middle Name  Last Name |
| Debtor 2 <br>(Spouse, if filing) | _____ <br> First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | _Western_ District of _New York_ (State) |
| Case number: | _19-11649-PRW_ |

FILED JUL 15 2020 BANKRUPTCY COURT

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,746.67 |
|---|---|
| Claimant's Name: | Jamien L. Gaddis |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 10 Wayne Terrace Unit 21 Cheektowaga, NY 14225 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
for the <u>Western</u> District of <u>New York</u>
138 Delaware Avenue
Buffalo New York 14202

## 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 7/9/20

Signature of Applicant: *[signed]*

Printed Name of Applicant: Jamien L. Gaddis

Address: 10 Wayne Terrace Unit 21 Cheektowaga, NY 14225

Telephone: 716-507-3610

Email: _____

## 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

## 6. Notarization
STATE OF 7/9/20
COUNTY OF Erie

This Application for Unclaimed Funds, dated 7/9/20 was subscribed and sworn to before me this 9 day of July, 2020 by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Paul S. Walier, Esq.
Notary Public - State of New York
Qualified in Erie County
My Commission Expires Nov. 28, 2022
11/28/22

## 6. Notarization
STATE OF 7/9/20
COUNTY OF Erie

This Application for Unclaimed Funds, dated 7/9/20 was subscribed and sworn to before me this 9 day of July, 2020 by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Paul S. Walier, Esq.
Notary Public - State of New York
Qualified in Erie County
My Commission Expires Nov. 28, 2022
11/28/22

Form 1340          Application for Payment of Unclaimed Funds          Page 2

Case 1-19-11649-PRW, Doc 40, Filed 07/17/20, Entered 07/18/20 00:37:57,
Description: Imaged Certificate of Notice, Page 3 of 3