```
                        United States Bankruptcy Court
                        Western District of New York
```

In re:                                                            Case No. 19-11649-PRW
Jamien L. Gaddis                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-1        User: admin          Page 1 of 1           Date Rcvd: Jul 16, 2020
                            Form ID: dfyuncla    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db          +Jamien L. Gaddis,   10 wayne Terrace, Unit 21,   Buffalo, NY 14225-1062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
          Aleksandra Krasimirov Fugate    on behalf of Notice of Appearance Creditor    M&T Bank
           afugate@woodsoviatt.com,   bkinbox@woodsdefaultservices.com
          Brittany J. Maxon    on behalf of Notice of Appearance Creditor    M&T Bank
           bmaxon@woodsdefaultservices.com,   bkinbox@woodsoviatt.com
          Catherine N. Eisenhut    on behalf of Creditor    Synder Court Condominium Board of Managers
           ceisenhut@phillipslytle.com
          Julie  Philippi    ecf@buffalo13.com
          Paul S. Walier    on behalf of Debtor Jamien L. Gaddis walierpattorney@verizon.net
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Jamien L. Gaddis

              Debtor(s)

Case No.: 1−19−11649−PRW
Chapter: 13

SSN: xxx−xx−9833

Jamien L. Gaddis
10 Wayne Terrace
Unit 21
Cheektowaga, NY 14225

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Form AO 213 Request for Vendor Information And TIN Certification was not signed. Please re−submit an original signed AO213 form to the Court to continue processing your request to release unclaimed funds.

    If you have any further questions, please call the Court at 716−362−3200.

Date: July 16, 2020

Lisa Bertino Beaser
Clerk of Court

Enclosures

Form dfyuncla/Doc 39
www.nywb.uscourts.gov

Case 1-19-11649-PRW, Doc 41, Filed 07/18/20, Entered 07/19/20 00:36:57,
Description: Imaged Certificate of Notice, Page 2 of 2