United States Bankruptcy Court

Western District of New York

In re: Case No. 19-11649-PRW
Jamien L. Gaddis Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0209-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdfattch | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamien L. Gaddis, 10 wayne Terrace, Unit 21, Buffalo, NY 14225-1062 |
| | + | Shadi Ghaith Inc., 2 Blue Slip Unit 25C, Brooklyn, NY 11222-7390 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.bu.ecf@usdoj.gov | Apr 06 2021 18:26:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleksandra Krasimirov Fugate | on behalf of Notice of Appearance Creditor M&T Bank afugate@woodsoviatt.com bkinbox@woodsdefaultservices.com |
| Brittany J. Maxon | on behalf of Notice of Appearance Creditor M&T Bank bmaxon@woodsdefaultservices.com bkinbox@woodsoviatt.com |
| Catherine N. Eisenhut | on behalf of Creditor Synder Court Condominium Board of Managers ceisenhut@phillipslytle.com |
| Julie Philippi | |

ecfbuffalo13@gmail.com  jphilippi13@ecf.epiqsystems.com

Paul S. Walier
        on behalf of Debtor Jamien L. Gaddis walierpattorney@verizon.net

TOTAL: 5

Fill in this information to identify the case:

**Debtor 1** Jamien L. Gaddis
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WEST District of NEW YORK
(State)

Case number: 19-11649

FILED
APR - 2 2021
BANKRUPTCY COURT
BUFFALO, NY

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,746.67 |
|---|---|
| Claimant's Name: | SHADI GHAITH INC as assignee Jamien L. Gaddis |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2 BLUE SLIP UNIT 25C<br>BROOKLYN NY 11222<br>(347)-768-1752<br>Viralbeastmedia@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
for the Western District of New York
138 Delaware Avenue
Buffalo New York 14202

**5. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 03/28/21

[signature]

Signature of Applicant

SHADI GHAITH - MEMBER

Printed Name of Applicant

Address: 2 BLUE SLIP UNIT 25C
BROOKLYN NY 11222

Telephone: (347)-768-1752

Email: Viralbeastmedia@gmail.com

**5. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ____________________

____________________

Signature of Co-Applicant (if applicable)

____________________

Printed Name of Co-Applicant (if applicable)

Address:

Telephone: ____________________

Email: ____________________

**6. Notarization**

STATE OF New York

COUNTY OF Westchester

This Application for Unclaimed Funds, dated 03/28/21 was subscribed and sworn to before me this 03 day of 28, 20 21 by

[signature]

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public ____________________

[signature] My commission expires:

CONSTANTINOS KOMINOS
Notary Public, State of New York
Reg. No. 01KO6180349
Qualified in New York County
Commission Expires 01/07/2024

**6. Notarization**

STATE OF ____________________

COUNTY OF ____________________

This Application for Unclaimed Funds, dated ________ was subscribed and sworn to before me this ____ day of ____________, 20____ by

____________________

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public ____________________

My commission expires: